# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LODGE, EDWARD J | 2. Court or Organization<br><br>DISTRICT COURT - Idaho | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>550 WEST FORT STREET<br>BLDG. BOX 040<br>BOISE, IDAHO 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Idaho Retired District Judge | $ 80,767.50 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | State Senator |
| 2. 2007 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lodge Brothers (Partnership) Building Rental Canyon Co. | | None | N | W | | | | | |
| 2. Lodge Brothers (Partnership) Dry Land Pasture Malheur County | | None | N | W | | | | | |
| 3. Lodge Brothers (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 4. Dry Pasture Canyon County, Id ▬▬▬ | | None | N | W | | | | | |
| 5. Livestock 15 cows, 2 bull, 6 calves, 8 heifers | | None | K | W | | | | | |
| 6. Livestock 8 calves, 2 cows | | None | | | sold | 11/07 | J | D | |
| 7. Scottish Power PLC SPN (f/n/a PacificCorp) | A | Dividend | | | sold | 03/07 | J | C | |
| 8. HJ Hines | C | Dividend | M | T | | | | | |
| 9. Key Bank Market Account | C | Interest | M | T | | | | | |
| 10. Windrige Farm 50% interest in land house barn & vineyard | | None | N | W | | | | | |
| 11. Checking Account Key Bank Caldwell, Id | A | Interest | L | T | | | | | |
| 12. Property Canyon County | | None | M | W | | | | | |
| 13. Edward J. Lodge Key Bank Private Banking Account | A | Interest | K | T | | | | | |
| 14. Micron Technology | A | Dividend | | | sold | 12/07 | J | A | |
| 15. Idaho Independent Bank | C | Interest | M | T | | | | | |
| 16. Washington Mutual | B | Interest | K | T | | | | | |
| 17. RBC Dain Rausher Tamarack Money Market | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 19. J. Hancock Classic Value (RBC) Mutual Fund | A | Dividend | | | sold | 09/07 | J | A | |
| 20. Opp. Small Cap (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Security Mid Cap (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Europacific Growth (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Capital Income Builder (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Mesa Bank (RBC) CD | A | Interest | K | T | matured | 03/07 | K | A | |
| 25. Morgan Stanley (RBC) CD | B | Interest | K | T | matured | 02/07 | K | A | |
| 26. Morgan Stanley (RBC) CD | B | Interest | K | T | matured | 05/07 | K | A | |
| 27. Franklin Income (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Capital Income Builder (RBC) Mutual Fund | A | Dividend | J | T | | | | | |
| 29. Chevron Stock | A | Dividend | K | T | | | | | |
| 30. Sysco Stock | A | Dividend | J | T | | | | | |
| 31. Del Monte Stock | A | Dividend | J | T | | | | | |
| 32. Supervalue Stock | A | Dividend | J | T | | | | | |
| 33. Morgan Stanley (RBC) CD | B | Interest | K | T | matured | 02/07 | K | A | |
| 34. Silver Street Bank (RBC) CD | C | Interest | L | T | matured | 06/07 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Templeton Funds Mutual Fund | A | Dividend | J | T | purchased | 09/07 | J | | |
| 36. America Bank Silver Springs CD | B | Interest | L | T | purchased | 11/07 | L | | |
| 37. Capital Income Builder Mutual Fund | B | Dividend | L | T | purchased | 02/07 | K | | |
| 38. Calamos Strategic Income Mutual Fund | A | Dividend | J | T | purchased | 05/07 | J | | |
| 39. Franklin Income Mutual Fund | A | Dividend | K | T | purchased | 02/07 | K | | |
| 40. Income Fund of America Mutual Fund | A | Dividend | K | T | purchased | 06/07 | K | | |
| 41. Washington Mutual Stock | A | Dividend | J | T | purchased | 09/07 | J | | |
| 42. Bank of Baroda CD | B | Interest | L | T | purchases | 12/07 | L | | |
| 43. Bank of Lexington CD | B | Interest | L | T | purchased | 12/07 | L | | |
| 44. Washington Mutual CD | B | Interest | L | T | purchased | 08/07 | L | | |
| 45. Morgan Stanley CD | B | Interest | K | T | purchased | 11/07 | K | | |
| 46. First Fed. Bk California CD | B | Interest | | | matured | 9/07 | K | A | see 1 |
| 47. New Century Bank Chicago CD | A | Interest | | | matured | 09/07 | L | A | see 2 |
| 48. American Bank North Nashwauk CD | B | Interest | | | matured | 10/07 | L | A | see 3 |
| 49. Washington Mutual | B | Interest | | | matured | 08/07 | L | A | see 4 |
| 50. Zions First National CD | B | Interest | | | matured | 11/07 | K | A | see 5 |
| 51. Coastal Bank Savannah CD | B | Interest | | | matured | 10/07 | L | A | see 6 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Bank Midwest National CD | A | Interest | | | matured | 07/07 | K | A | see 7 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.  Investments and Trusts:

1.  purchased on 02/28/07

2.  purchased on 06/20/07

3.  purchased on 06/20/07

4.  purchased on 03/26/07

5.  purchased on 05/07/07

6.  purchased on 07/17/07

7.  purchased on 02/23/07

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY [ ] TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544